|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HYDROTECH MEMBRANE CORPORATION, | Case No. 2:15-cv-8040 BRO E |
|---|---|
| | The Hon. Beverly Reid O'Connell |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NYNEIA BEVERLY, | |
| Defendant. | |

# **JUDGMENT**

On September 12, 2016, this Court heard argument on Plaintiff Hydrotech Membrane Corporation's motion for summary judgment. After considering the briefs and evidence filed by the parties and the arguments of counsel, the Court granted Plaintiff's motion for summary judgment with respect to its claim for conversion on September 14, 2016. *See* ECF No. 53. The Court hereby enters judgment as follows:

(1) The Court finds that there is no genuine dispute of material fact with respect to Plaintiff's claim for conversion against Defendant and accordingly grants Plaintiff's motion for summary judgment with respect to that claim. The Court declines to reach Plaintiff's remaining claims against Defendant for unjust enrichment and money had and received.

(2) The Court determines that the undisputed evidence demonstrates that Plaintiff suffered $95,027.58 in damages as a result of Defendant's conduct and hereby awards Plaintiff damages in that amount.

The Court accordingly enters a final judgment in favor of Plaintiff Hydrotech Membrane Corporation and against Defendant Nyneia Beverly in the amount of $95,027.58. The Clerk of the Court is instructed to close the file.

IT IS SO ORDERED.

DATED: September 21, 2016

HON. BEVERLY REID O'CONNELL
United States District Judge

1